IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

SCANNED AT WCI and E-Mailed to USDC OHSD on 1/6, 2026 by HLB, III
No. of Pgs. 8

Antonio Dotson
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 814468

vs.

Officer - Jeffrey B. Thatcher
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

officer - Brittany O. Nichole

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Antonio R. Dotson
NAME - FULL NAME PLEASE - PRINT

Warren Correctional Institution
ADDRESS: STREET, CITY, STATE AND ZIP CODE

P.O. Box 120, Lebanon, OH 45036

216-375-7753
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (✓) NO ( )

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        Antonio R. Dotson

        DEFENDANTS:

        Jeffrey B. Thatcher
        Brittany O. Nichole

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        U.S. District Court Southern District of Ohio

    3. DOCKET NUMBER

        1:25-cv-00897-DRC-CMV

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        Douglas R. Cole

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        Pending

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        12/19/2025

    7. APPROXIMATE DATE OF THE DISPOSITION

        12-08-2025

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   I file all three step of grievance process as require... And appealed my (ICR's)

   2. WHAT WAS THE RESULT?

   My appeals was sent to the Chief Inspector, than to Managing office, Reported to Deputy warden

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Jeffrey B. Thatcher
   NAMES - FULL NAME PLEASE
   5787 OH-63 Lebanon, Ohio 45036
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Brittany O. Nichole
   5787 OH-63 Lebanon, Ohio 45036

3.

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

ON 03-08-2025 at 11:21A.M I sent a kite to STG-Stegemoller asking to get moved out of cell 126 3-C. with Inmate Black #627792. Because that Inmate was saying He would kill me in my sleep. ON 03-10-2025 at 10:19A.M. Stegemoller sent me A Kite back saying I can't move cells unless I was in a gang. Since I was force to stay In that cell with Inmate Black for two weeks, with him saying He gone kill me. ON 03-21-2025 at 7:58P.M on 3-C, this Inmate told me he was gone do something to me & he showed me a knife. So before we had to lock down. I Dotson #814468 walked up to Inmate Black #627792 And threw a punch at him because I feared for my life to lock down with Inmate Black #627792 And to get C.O. attendion. After I threw my punch at Inmate Black, C.O. J. Thatcher called a fight over his Radio. In between my movements I slip & fall on floor face first. So I then put my hands behind my back so I can be handcuffed. I feel C.O. J. Thatcher Jump & belly flop on top of me, I feel my left thumb crack & break. He then take my left hand & bend it pulling it upward my back while putting his knee on my left hand while its broke. While his partner officer Brittany O. Nichole Yells for J. Thatcher to spray me with O.C spray. At that time other officers come in & pull Thatcher off of me & I was taken to Medical where I tell them my left thumb is broke. they order an x-Ray & I was taken to TPU-A side. I had surgery done on 05-13-2025 at OSU...

-5-

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I would like the courts to hold the State - ODRC - WCI and any & all person's Involed repondable. Im am seeking monetary Relief In the amount of $4,500,000.

SIGNED THIS  A.D  DAY OF  03/28  20 25.

*Antonio R. Dotson*
SIGNATURE OF PLAINTIFF

12-31-2025
3:30 p.m

Dear; Magistrate- Chelsey M. Vascura

I; Antonio R. Dotson Inmate Number 814468 filed a complaint. Case Name; Dotson v. Chambers Smith et al
Case Number: 1:25-cv-00897-DRC-CMV

And I got mail 12-31-2025 12:00 p.m. Stating that complaint claim(1) An Eighth Amendment Claim against Defendant Stegemoller for deliberate indifference to substantial risk of serious harm Because of Defendant Stegemoller refusal to transfer Me to a different cell March 10, 2025 He failed to keep me safe, because I sent him a kite March 8, 2025 explaining Everything. But because I failed to say I belong to a gang I was Made to stay in a cell with a person who was threatening my life... But If Stegemoller had moved me after knowing this. None of this would have happend. But because I was force to stay in the cell with this person while he kept Making threats about harming me so from March 8, 2025 until March 21, 2025 I had to sit in the cell with this person up until March 21st, 2025 when this person say he was gone kill me so in fear of my life. I walked up and threw a punch at him. Than my claim (3) of my Eight Amendment claim for deliberate

indifference to a serious medical need against Defendants Main, Stokes, E.H., and Collins arising out of their failure to provide medical assistance on May 3, 2025 also go alone with claim: (1) & (2) of excessive force. Because C.O's kept coming up to me making fun of me for having a broke thumb by C.O. Thatcher saying things like Aye you the Kid Thatcher jumped on and laughing at me saying I seen the video and it was funny. So yes I had a mental Health breakdown because of them coming making fun of me & end up cutting my wrist & right hand. So again if I would of got my cell moved when I warned WCI about what was going on NONE of this would have happened. So my Claim (1),(2), &(3) All lead up to my claim of Eight Amendment for excessive force against Defendant Thatcher and for failure to intervene against Defendant Nichole; arising out of the use of force March 21, 2025...

I, Inmate Antonio Dotson #814468 would like the courts to pursue with the excessive force & will pursue separate actions for the others claims

Antonio N. Dotson
814468
12-31-2025